## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| UNITED TAX GROUP, LLC, | : | Case No. 14-10486 (LSS) |
| | : | |
| Debtor. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 19, 2019 AT 10:30 A.M. ET

**CONTESTED MATTER(S) GOING FORWARD:**

1. Application of George L. Miller, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327 and 328(a) and Federal Rule of Bankruptcy Procedure 2014(a), for Authority to Employ and Retain Kaufman, Coren & Ress, P.C. as Special Counsel, *Nunc Pro Tunc* to November 4, 2019; filed November 14, 2019 [D.I. 238].

   Response Deadline:  November 29, 2019 at 4:00 P.M. ET.

   Responses Received:

   A. Interested Parties' Objection to Application; filed November 29, 2019 [D.I. 239].

   Related Documents:

   A. Coren Supplemental Declaration in Support of Application; filed December 2, 2019 [D.I. 240].

   B. Notice of Filing Revised, Proposed Order re:  Application; filed December 12, 2019 [D.I. 241].

   C. Proposed Order.

   Status:  The matter is going forward.

Dated: December 13, 2019
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com

*Attorneys for the Trustee*